## [No. 4283.]
### BECKWITH, SECRETARY OF STATE v. DAVIS.

OPINION FOLLOWED.

This case is decided upon the opinion in the case *Beckwith v. Winters et al., ante* p. 96.

*Upon Review from the District Court of Arapahoe County.*

Mr. BEN. B. LINDSEY and Mr. SAM. W. BELFORD for petitioner.

Messrs. WARD & WARD for respondent.

*Per Curiam.*—This case is like that of *Beckwith v. Winters et al., ante* p. 96. The judgment below, in its effect being that respondent's name should be printed upon the official ballot as the nominee for congress from the first congressional district of the so-called Fusion party, is reversed, and judgment entered here directing petitioner to exclude respondent's name from the official ballot as such nominee.

*Reversed.*